U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 15 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

GEORGE MOORE                  CIVIL ACTION NO. 3:13-cv-3223
a/k/a GEORGE MOORE, III
LA. DOC #98494

VS.                                   SECTION P

                                       JUDGE DONALD E. WALTER

WARDEN BURL CAIN         MAGISTRATE JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition be deemed a successive petition for writ of *habeas corpus* and that it be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 15 day of May, 2014.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE